**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
                              (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| **1. Debtor's name** | AMEC Construction Management, Inc. |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | N/A |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number** (EIN) | 1 3 – 3 8 0 3 5 0 2 |

**4. Debtor's address**

**Principal place of business**

2020 _____ Winston Park Drive _____
Number      Street

Suite 700

Oakville _____ ON _____ L6H6X7
City            State        ZIP Code

Ontario, Canada
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City            State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City            State        ZIP Code

**5. Debtor's website** (URL)    _____


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                                    Case number (*if known*) _____
           Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2 3 6 2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   __AMEC Construction Management, Inc._____   Case number (*if known*) _____
         Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
        District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                                           MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

                          _____
                          City                        State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   AMEC Construction Management, Inc.                               Case number *(if known)* _____
         Name

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/16/2021
              MM / DD / YYYY

✗ /s/ David Leonard                              David Leonard
_____              _____
Signature of authorized representative of debtor  Printed name

Title   Director & President
        _____



Debtor    AMEC Construction Management, Inc.                    Case number *(if known)*  _____
          Name

**18. Signature of attorney**          ✗ /s/ William Hao                    Date  04/16/2021
                                         Signature of attorney for debtor          MM / DD / YYYY

                                         William Hao
                                         Printed name
                                         Alston & Bird LLP
                                         Firm name
                                         90 Park Avenue
                                         Number        Street
                                         New York                              NY
                                         City                                  State        ZIP Code

                                         (212) 210-9417                        william.hao@alston.com
                                         Contact phone                         Email address

                                         4434924                               NY
                                         Bar number                            State


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name ___AMEC Construction Management, Inc._____

United States Bankruptcy Court for the: _____Southern_____ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                              $ ____1,757.63____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking Account | 2686 | $ ____1,757.63____ |
| 3.2. | | | $ _____ |

4. **Other cash equivalents** (*Identify all*)

   4.1. _____          $ _____
   4.2. _____          $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ ____1,757.63____

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. _____          $ _____
   7.2. _____          $ _____


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   AMEC Construction Management, Inc.    Pg 7 of 112    Case number (if known) _____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. None _____   $ _____

   8.2. _____   $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                      $ _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ......➔    $ _____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ......➔    $ _____
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $ _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $ _____

    14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1. _____   _____ %   _____   $ _____

    15.2. _____   _____ %   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $ _____

    16.2. _____   _____   $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                  $ _____

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.
      Name

Case number (if known) _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                    Case number *(if known)* _____
     Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                          $ _____

34. **Is the debtor a member of an agricultural cooperative?**

  ☐ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☐ No

  ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☒ No. Go to Part 8.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                          $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☐ No

  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                           Case number (*if known*) _____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                          $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

---

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  AMEC Construction Management, Inc.
<span style="font-size:smaller">Name</span>

Case number *(if known)* _____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  − _____  = ➜  $ _____
      Total face amount              doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                       $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                       $ _____

Nature of claim       _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                       $ _____

Nature of claim       _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____                       $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                       $ _____

_____                       $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90                $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor     AMEC Construction Management, Inc.        Case number (*if known*) _____
           Name

---

| **Part 12:** | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,757.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 1,757.63 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................ $ 1,757.63

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    AMEC Construction Management, Inc.

United States Bankruptcy Court for the:    Southern    District of    New York
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $ _____ | $ _____ |
|---|---|---|---|

Creditor's mailing address

_____

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $ _____ | $ _____ |
|---|---|---|---|

Creditor's mailing address

_____

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property
LEGAL02/40387182v2



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____    Case number *(if known)* _____
                Name

| | | |
|---|---|---|

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |

page 2 of 2



American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | AMEC Construction Management, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135

**Date or dates debt was incurred**
02/10/2021

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $    Total claim: 200.00    Priority amount: $ _____
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims
LEGAL02/40388153v3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  AMEC Construction Management, Inc.  Case number *(if known)* _____
      Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
All Other Creditors – See Attachment to Schedule E/F Part 2
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$      67,535,012.89

---

**3.2**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.3**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.4**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.5**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.6**

**Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

page 2 of 4

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**
LEGAL02/40388153v3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____
       AMEC Construction Management, Inc.
       Name                                          Case number *(if known)* _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __
       _____     _____

4.__   _____   Line_____
       _____   ☐ Not listed. Explain _____   __ __ __ __

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims
LEGAL02/40388153v3

American LegalNet, Inc.
www.FormsWorkFlow.com


Debtor  AMEC Construction Management, Inc.
_____     Case number *(if known)* _____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $                  200.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $        67,535,012.89 |
| 5c. **Total of Parts 1 and 2**<br>       Lines 5a + 5b = 5c. | 5c | $        67,535,212.89 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

LEGAL02/40388153v3

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  AMEC Construction Management, Inc.

United States Bankruptcy Court for the: _____Southern_____    District of ___New York___
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | |
| | See Schedule G Attachment |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

page 1 of 1

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases

LEGAL02/40387195v3

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name ___AMEC Construction Management, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ Street <br> _____ City / State / ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case and this filing:**

Debtor Name   AMEC Construction Management, Inc.

United States Bankruptcy Court for the: Southern                    District of  New York
                                                                                          (State)

Case number *(If known):* _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/1

5

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/16/2021           ✗ /s/ David Leonard
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       David Leonard
                                       Printed name

                                       Director & President
                                       Position or relationship to debtor


American LegalNet, Inc.
www.FormsWorkFlow.com

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Abramow, Douglas Ann | c/o Simmons Hanly Conroy<br>112 Madison Ave, 7th Floor<br>New York, New York 10016 | | | Litigation | N | X | X | X | |
| 3.2 | Abramow, Louis | c/o Simmons Hanly Conroy<br>112 Madison Ave, 7th Floor<br>New York, New York 10016 | | | Litigation | N | X | X | X | |
| 3.3 | ACE Bermuda Insurance Ltd. | (n/k/a Chubb Bermuda Insurance Ltd)<br>Ace Building 17<br>Woodbourne Avenue<br>Hamilton HM 08<br>Bermuda | | | Insurance | N | X | X | X | |
| 3.4 | ACE INA Insurance Company | 25 York Street,<br>Suite 1400<br>Toronto, Ontario M5J 2V5 Canada | | | Insurance | N | X | X | X | |
| 3.5 | Adams, Gerald | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.6 | Adams, Quincy | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.7 | Aggimenti, Modesto | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.8 | Akerman, LLP | 201 East Las Olas, Suite 1800<br>Fort Lauderdale, FL 33301-2999 | | | For Notice Purposes Only | N | X | X | X | |
| 3.9 | Alfano, Michele | c/o Belluck & Fox LLP<br>546 5th Ave, 5th Floor<br>New York, NY 10036<br>Attn: Seth Dymond | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.10 | Allied World Assurance Company | 199 Water Street New York, New York 10038-3526 | | | Insurance | N | X | X | X | |
| 3.11 | Alston & Bird LLP | 90 Park Avenue New York, NY 10016 | | | Legal Services | N | | | | $ 35,229.50 |
| 3.12 | AMEC FW E&C INC | 1979 Lakeside Pkwy Ste 500 Tucker, GA 30084 | | | Intercompany Loan | N | X | X | X | |
| 3.13 | AMEC FW E&C SERVICES | 1979 Lakeside Pkwy Ste 500 Tucker, GA 30084 | | | Intercompany Loan | N | X | X | X | |
| 3.14 | AMEC FW VENTURES | 700-2020 Winston Park Drive Oakville, ON L6H 7X7 | | | Intercompany Loan | N | X | X | X | |
| 3.15 | AMEC Holdings, Inc. | 2020 Winston Park Drive, Suite700 Oakville, ON L6H 7X7 | | | Intercompany Loan | N | | | | $67,258,235.00 |
| 3.16 | Arch Reinsurance Ltd. | 445 South Street, Suite 1988 Morristown, New Jersey 07962-1988 | | | Insurance | N | X | X | X | |
| 3.17 | Babieciacki, Stanley | c/o Grey & Grey LLP 360 Main Street Farmingdale, NY 11735 | | | Workers Compensation | N | X | X | X | |
| 3.18 | Babin, Donald | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.19 | Backer, Leonard | c/o Belluck & Fox LLP 546 5th Ave, 5th Floor New York, NY 10036 Attn: Seth Dymond | | | Litigation | N | X | X | X | |

Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.20 Baeyens, Paul | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.21 Baron and Budd, PC | 3102 Oak Lane Avenue, Dallas, TX 75219 | | | For Notice Purposes Only | N | X | X | X | |
| 3.22 Beatini, Michael | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.23 Belluck & Fox LLP | 546 5th Ave, 5th Floor New York, NY 10036 Attn: Seth Dymond | | | For Notice Purposes Only | N | X | X | X | |
| 3.24 Bond, Charles | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.25 Boone, Kenny Daniel | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.26 Bouquet, Carroll | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.27 Bourgeois, Andre | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.28 Brashier, Harold Wayne | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.29 Breaux, Claude | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.30 Bridgewater, Leroy | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.31 Brighthouse Life Insurance | PO Box 4005 Lynchburg, VA 24506 | | | Insurance | N | X | X | X | |
| 3.32 Brister, Jr., Charles R. | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.33 Bronk, Alfred | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.34 Bugliaro, Robert | 145-34 33rd Ave., Apt 1st Floor, Flushing NY  11354 | | | Workers Compensation | N | X | X | X | |

**Schedule E/F: Part 2**

**Creditors Who Have NONPRIORITY Unsecured Claims**

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.35 | Buonocore, Raymond | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.36 | Butler, Gus | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.37 | Cantone, Ann | 7891 Spring Creek Drive, West Palm Beach, FL 33411 | | | Litigation | N | X | X | X | |
| 3.38 | Cantone, Thomas | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.39 | Cantone, Thomas | 7891 Spring Creek Drive, West Palm Beach, FL 33411 | | | Litigation | N | X | X | X | |
| 3.40 | Carley, George | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.41 | Carroll, Thomas | 3207 Poplar St., Yorktown Heights NY  10598-2621 | | | Workers Compensation | N | X | X | X | |
| 3.42 | Caruso, Phyllis | c/o Maune, Raichle, Hartley, French & Mudd, LLC 1015 Locust St. # 1200 St. Louis, MO 63101 Attn: Jon R. Neumann | | | Litigation | N | X | X | X | |

**Schedule E/F: Part 2**
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.43 | Caruso, Ronald R. | c/o Maune, Raichle, Hartley, French & Mudd, LLC<br>1015 Locust St. # 1200<br>St. Louis, MO 63101<br>Attn: Jon R. Neumann | | | Litigation | N | X | X | X | |
| 3.44 | Cavarretta Richard | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.45 | Ceci Jean V | c/o Belluck & Fox LLP<br>546 5th Ave, 5th Floor<br>New York, NY 10036<br>Attn: Seth Dymond | | | Litigation | N | X | X | X | |
| 3.46 | Ceci John A | c/o Belluck & Fox LLP<br>546 5th Ave, 5th Floor<br>New York, NY 10036<br>Attn: Seth Dymond | | | Litigation | N | X | X | X | |
| 3.47 | Choate, Glasston | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.48 | Ciaccia Domenico | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.49 | Ciaccia Rose | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.50 | Cinquemani Lillian | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.51 | Cinquemani, Joseph | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.52 | Collins, Christopher | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.53 | Collins, Edward | 104 Brooksby Village Drive, AP 510,<br>Peabody, MA 01960 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.54 | Commonwealth  Insurance Company | 500 North 24th Street<br>Phoenix, AZ 85008 | | | Insurance | N | X | X | X | |
| 3.55 | Computershare Governance | Dept CH 19228<br>Palatine, IL 6005-9228 | | | Services | N | | | | $          420.00 |
| 3.56 | Conwell, Charles | 15 May Pl<br>Nanuet, NY 10954 | | | Workers Compensation | N | X | X | X | |
| 3.57 | Costigliola, Luiga | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.58 | Crescenzi, Angela | 32 Nassau Dr. New Hyde Park, NY 11040 | | | Litigation | N | X | X | X | |
| 3.59 | Crescenzi, Piero | 32 Nassau Dr. New Hyde Park, NY 11040 | | | Litigation | N | X | X | X | |
| 3.60 | Croscatt, Joseph | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.61 | CT Corporation System | PO Box 4349 Carol Stream, IL 60197-4349 | | | Services | N | X | X | X | |
| 3.62 | Cunningham, Roland | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.63 | CWI-GG RCFL Property Owner, LLC | c/o Akerman LLP 201 East Las Olas, Suite 1800 Fort Lauderdale, FL 33301-2999 | | | Litigation | N | X | X | X | |
| 3.64 | Degan, Blanchard & Nash | 400 Poydras St. Suite 2600 New Orleans, LA 70130 | | | For Notice Purposes Only | N | X | X | X | |
| 3.65 | Degueyter, Lloyd | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.66 | Deutsch Kerrigan LLP | 755 Magazine Street New Orleans, LA 70130 | | | Legal Services | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.67 | Dimicelli, Paolo | c/o Zurich North America<br>500 Enterprise Drive, Suite 303<br>Rocky Hill, CT 06067 | | | Workers Compensation | N | X | X | X | |
| 3.68 | Dorsey & Whitney LLP | 51 West 52nd Street<br>New York, NY 10019-6119<br>Attn: Christopher Karagheuzoff<br>Stephen J. Di Cioccio | | | For Notice Purposes Only | N | X | X | X | |
| 3.69 | Dunkel, George A | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.70 | Duplantis, Paul | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.71 | Duran, Diana | c/o Belluck & Fox LLP<br>546 5th Ave, 5th Floor<br>New York, NY 10036<br>Attn: Seth Dymond | | | Litigation | N | X | X | X | |
| 3.72 | Edwards, Rudolph II | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.73 | England, Diane | c/o SMWW<br>Attn: Ben Schmickle<br>701 Market Street, Suite 1000<br>St. Louis, MO 63101 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.74 | England, Mike | c/o SMWW<br>Attn: Ben Schmickle<br>701 Market Street, Suite 1000<br>St. Louis, MO 63101 | | | Litigation | N | X | X | X | |
| 3.75 | Estate of Arthur Morris | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.76 | Estate of Joan Foley | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.77 | Estate of Pietro Ciaccia | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.78 | Estate of Robert Mondella | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.79 | Estate of Salvatore Cinquemani | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.80 | Estate of Vincent Wilson | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.81 | FEDEX | P.O. Box 371461<br>Pittsburgh, PA 15250 | | | Services | N | X | X | X | |
| 3.82 | Fichtenbaum, Abraham | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.83 | Fireman's Fund Insurance Company | Mr. Andrew Fantasia<br>San Francisco Reinsurance Company<br>Allianz Resolution Management<br>1465 North McDowell Blvd., Suite 100<br>Petaluma, CA 94954 | | | Settlement Contract | N | X | X | X | |
| 3.84 | Fleniken, Wiburn | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.85 | Foley, Daniel | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.86 | Formoso Marcos | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.87 | Foster Wheeler Ventures | 1979 Lakeside Pkwy Ste 500<br>Tucker, GA 30084 | | | Intercompany Loan | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.88 | Foster, Walter | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.89 | Frederick, Walter | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.90 | Frizziola, Anthony | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.91 | Frizziola, Rosalie | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.92 | Fuller, Edward | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.93 | Gandolfo, Salvatore | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.94 | Genworth Life Insurance | P.O. Box 630905<br>Cincinnati, OH 45263-0905 | | | Insurance for Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.95 | Gerling Global Insurance Company | 150 6 AVE SW, SUITE 3640<br>CALGARY, AB T2P 3Y7<br>Canada | | | Insurance | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.96 | Gerrity, John | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.97 | Gert, Koerner | 220 Yorkshire Drive Newtown, PA 18940 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.98 | Giammarino, Joseph | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.99 | Giammarino, Stella | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.100 | Granier, Christopher Troy | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.101 | Gray, Thomas | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.102 | Greco, John P | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.103 | Grey and Grey LLP | 360 Main Street Farmingdale, NY 11735 | | | For Notice Purposes Only | N | X | X | X | |

**Schedule E/F: Part 2**
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.104 | Grey, Wilbert | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.105 | Griffin, Charles | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.106 | Hall, Robert | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.107 | Hall, Robert H Jr | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.108 | Halouvas, Gus | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.109 | Harry, Sylvester | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.110 | Hart, Earnest | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.111 | Hartford, Anthony B | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.112 Hartford, Virginia | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.113 Heffernan, John | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.114 Henderson Legal Services Inc | 1560 Wilson Blvd. Ste. 750 Arlington, VA 22209 | | | Legal Services | N | X | X | X | |
| 3.115 Hogan, Charles | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.116 Howren, John | c/o Belluck & Fox LLP 546 5th Ave, 5th Floor New York, NY 10036 Attn: Seth Dymond | | | Litigation | N | X | X | X | |
| 3.117 Hu, Song-Zith Hu | 8 Weston Street Metuchen, NJ 08840 | | | Vendor | N | X | X | X | |
| 3.118 Hutchinson, Lee | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.119 Ingram, Benjamin | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.120 Internal Revenue Service | Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | For Notice Purposes Only | N | X | X | X | |
| 3.121 Iron Mountain Off-Site Data | P.O. Box 27128 New York, NY 1008-7128 | | | Vendor | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.122 | Iron Mountain Records Management | P.O. Box 27128 New York, NY 1008-7128 | 3/31/2021 | | Vendor | N | | | | $ 3,173.68 |
| 3.123 | Jenkins, Riseman | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.124 | Kearins, Anthony | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.125 | Keenan, Hugh S. | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.126 | Kelly, Francis | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.127 | Kevan, Brian | 3731 Fiddler Lane Bethpage, NY 11714 | | | Litigation | N | X | X | X | |
| 3.128 | King, Catherine | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.129 | King, James B | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.130 | King, Michael H | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.131 | Konowitz, Stacey | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.132 | Labatto, David | 36 Gunther Ave., Valley Stream NY 11580 | | | Workers Compensation | N | X | X | X | |
| 3.133 | Laino, Vincent | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.134 | Leblanc, Albert | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.135 | Lebrocq, Lawrence | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.136 | Lebrocq, Marie | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.137 | Lentini, Salvatore | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.138 | Leonard, David | 85/4 Moo 3 Nong Pha Lai Bang Lam Ung, Chonburi, THA 20150 | | | Employee | N | X | X | X | |
| 3.139 | Lepore, Louise | c/o Belluck & Fox LLP 546 5th Ave, 5th Floor New York, NY 10036 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.140 Lepore, Peter | c/o Belluck & Fox LLP<br>546 5th Ave, 5th Floor<br>New York, NY 10036 | | | Litigation | N | X | X | X | |
| 3.141 Lewis, Clifford | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.142 Liberty Mutual Insurance | 5062 Brittonfield Pkwy<br>East Syracuse, NY 13057 | | | For Notice Purposes Only | N | X | X | X | |
| 3.143 Liberty Mutual Insurance | 175 Berkely Street<br>Boston, MA 02116 | | | For Notice Purposes Only | N | X | X | X | |
| 3.144 Liberty Mutual Word Trade Centre | 157 Berkley Street<br>Boston, MA 02116 | | | For Notice Purposes Only | N | X | X | X | |
| 3.145 Licastro, Antonio | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.146 Lisicky, Vincent | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.147 Longmire, Royce | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.148 Loughlin, William | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.149 Maak, Charles | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.150 Madden John J | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.151 Magarine, Dennis | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.152 Magee, Doyle | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.153 Manion Gaynor & Manning LLP | 125 Hight Street, 6th Floor<br>Boston, MA 02110 | | | Legal Services | N | X | X | X | |
| 3.154 Martin, Myer Jerome | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.155 Matthews, Wilfred | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.156 Maune, Raichle, Hartley, French & Mudd, LLC | 1015 Locust St. # 1200<br>St. Louis, MO 63101<br>Attn: Jon R. Neumann | | | For Notice Purposes Only | N | X | X | X | |
| 3.157 Mayers, Alton | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |

Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.158 | Mccullough Elizabeth | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.159 | Mccullough, Donald | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.160 | Mcgoldrick, John | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.161 | McMulland, Ronnie | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.162 | Melita, Vincent | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.163 | Milton, Dennis | 649 East 133rd St.,<br>Bronx NY  10454 | | | Workers Compensation | N | X | X | X | |
| 3.164 | Missouri Attorney General's Office | Supreme Court Building<br>207 W. High St.<br>P.O. Box 899 | | | For Notice Purposes Only | N | X | X | X | |
| 3.165 | Missouri Attorney General's Office | 815 Olive Street, Suite 200<br>St. Louis, MO 63101 | | | For Notice Purposes Only | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.166 | Mondella, Theresa | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.167 | Morrison, George | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.168 | Morvant, Guy | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.169 | Motto, Joseph | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.170 | Mound Cotton Wollan & Greengrass LLP | One New York Plaza New York, NY 10004 | | | Legal Services | N | X | X | X | |
| 3.171 | Murphy, Frank | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.172 | Murtha Cullina LLP | 280 Trumbull St, 12th Floor Hartford, CT 06103 | 5/8/2020 and 3/8/2021 | | Legal Services | N | | | | $ 1,443.50 |
| 3.173 | Musarella, John | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.174 | Muzzio, Donald | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.175 | Myer, Francis | 5 Gulfstream Blvd. Matawan, NJ 07747 | | | Workers Compensation | N | X | X | X | |
| 3.176 | Napoli Shkolnik, PLLC | 400 Broadhollow Road, Suite 305 Melville, NY 11747 | | | For Notice Purposes Only | N | X | X | X | |
| 3.177 | New Jersey Attorney General | Attn: Gurbir S. Grewal 25 Market Street PO Box 080 Trenton, NJ 08625 | | | For Notice Purposes Only | N | X | X | X | |
| 3.178 | Nicolich, Anton | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.179 | Norman, Fornella | 1254 Newbury Highland Bridgeville, PA 15017 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.180 | Norwood Self Storage | 500 Livingston Street Norwood, NJ 07648 | | | Vendor | N | X | X | X | |
| 3.181 | NYC Dept. of Finance | Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038 | | | For Notice Purposes Only | N | X | X | X | |
| 3.182 | NYC Dept. Taxation and Finance | Bankruptcy-Special Procedures Section P.O. Box 5300 Albany, NY 12205-0300 | | | For Notice Purposes Only | N | X | X | X | |
| 3.183 | NYCAL Special Master | 620 Eighth Ave., 34th Floor New York, NY 10018 Attn: Shelley Rossoff Olsen, Esq. | | | For Notice Purposes Only | N | X | X | X | |
| 3.184 | Office of the Attorney General - Louisiana | 1885 North Third Street Baton Rouge, LA 70802 | | | For Notice Purposes Only | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.185 | Office of the Attorney General - Texas | PO Box 12548<br>Austin, TX 78711-2548 | | | For Notice Purposes Only | N | X | X | X | |
| 3.186 | Office of the Attorney General California | Consumer Protection Section, Attn: Bankruptcy Notices<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | | | For Notice Purposes Only | N | X | X | X | |
| 3.187 | Office of the Attorney General New York | The Capitol<br>Albany, NY 12224-0341 | | | For Notice Purposes Only | N | X | X | X | |
| 3.188 | Ogden, Edward | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.189 | Ortiz, Nancy, individually and as administratrix of the estate of Emidio P Ponzi, deceased | 636 20th Street<br>Brooklyn, NY 11218 | | | Litigation | N | X | X | X | |
| 3.190 | Palladino, Angelo | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.191 | Patt, James | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.192 | Patton, Ewerin | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.193 | Pearson, Thomas | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.194 | Peckar & Abramson | 70 Grand Avenue<br>River Edge, NJ 07661 | | | Legal Services | N | X | X | X | |
| 3.195 | Peters, Thomas | 8615 SW 82nd Terr.<br>Ocala, FL 34481 | | | Former Morse Diesel Director/Officer | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.196 | Picciotti, Michael | 58 Schuyler Dr., Commack NY 11725 | | | Workers Compensation | N | X | X | X | |
| 3.197 | Piser, Donald | 4 Woodstock Court Muttontown, NY 11771 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.198 | Pizzolato, Anthony | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.199 | Polytechnic Instiute of New York University | Six MetroTech Center Brooklyn, New York 11201 | | | Settlement Contract | N | X | X | X | |
| 3.200 | Porcaro, Silvestro | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.201 | Porcelli, Ronald | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.202 | Powell, James | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.203 | Richiusa, Santo | 2442 Center Ave Bellmore , NY 11710 | | | Workers Compensation | N | X | X | X | |
| 3.204 | Rideaux, Iron | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.205 | Ritz-Carlton Hotel | c/o Akerman LLP 201 East Las Olas, Suite 1800 Fort Lauderdale, FL 33301-2999 | | | Litigation | N | X | X | X | |

Schedule E/F: Part2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.206 Rodriguez, Joseph | 104 Pompei Dr., Kissimmee FL 34758 | | | Workers Compensation | N | X | X | X | |
| 3.207 Rogers, Billy Ray | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.208 Roman, Joseph Sr. | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.209 Romanow, Martin | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.210 Rourke, Nancy | c/o Belluck & Fox LLP 546 5th Ave, 5th Floor New York, NY 10036 Attn: Seth Dymond | | | Litigation | N | X | X | X | |
| 3.211 Rukhsana, Azim | 819 West Wrightwood Avenue Chicago, IL 60614 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.212 Salvatore, Damico | c/o Zurich North America 500 Enterprise Drive, Suite 303 Rocky Hill, CT 06067 | | | Workers Compensation | N | X | X | X | |
| 3.213 Sanders, Taryn | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.214 Santino, Anthony | c/o Napoli Shkolnik, PLLC 400 Broadhollow Road, Suite 305 Melville, NY 11747 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.215 Santino, Yole | c/o Napoli Shkolnik, PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747 | | | Litigation | N | X | X | X | |
| 3.216 Schonekas, Evans, McGoey | 909 Poydras Street, Suite 1600<br>New Orleans, LA 70112 | | | Legal Services | N | X | X | X | |
| 3.217 Secretary Of State - Illinois | 501 S 2nd Street<br>Springfield, IL 62756-5510 | | | For Notice Purposes Only | N | X | X | X | |
| 3.218 Sholes, Frank | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.219 Simmons, Hanly Conroy | 112 Madison Ave, 7th Floor<br>New York, New York 10016 | | | For Notice Purposes Only | N | X | X | X | |
| 3.220 Simoneaux, Mervin | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.221 Sofia, Edward | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.222 Sokolowski, Joseph | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B<br>New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.223 Stafford, Douglass | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.224 Stafford, Newton | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.225 | Starr Excess Liability Insurance Company | 70 Pine Street<br>New York, NY 10270 | | | Insurance | N | X | X | X | |
| 3.226 | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | 150 West Flager Street, Suite 2200<br>Miami, FL 33130 | | | For Notice Purposes Only | N | X | X | X | |
| 3.227 | Stephen M. Cantor, P.C. | Attn: Stephen M. Cantor<br>325 Broadway, Suite 502<br>New York, NY 10007 | | | For Notice Purposes Only | N | X | X | X | |
| 3.228 | SWMW | Attn: Ben Schmickle<br>701 Market Street, Suite 1000<br>St. Louis, MO 63101 | | | For Notice Purposes Only | N | X | X | X | |
| 3.229 | The Travelers Casualty and Surety Company fka The Aetna Casualty & Surety Company | One Tower Square - 8MN<br>Hartford, CT 06183 | | | Insurance | N | X | X | X | |
| 3.230 | Thibodeaux, Charles | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.231 | Travelers | 1 Tower Square, CR-9<br>Hartford, CT 06183 | | | Insurance | N | X | X | X | |
| 3.232 | Travelers | PO Box 4614<br>Buffalo, NY 14240 | | | For Notice Purposes Only | N | X | X | X | |
| 3.233 | Travelers | 485 Lexington Avenue<br>New York, NY 10017 | | | For Notice Purposes Only | N | X | X | X | |
| 3.234 | Travelers c/o Bank of America | 91287 Collections Center Drive<br>Chicago, IL 60693 | | | Insurance | N | X | X | X | |
| 3.235 | Travelers fka The Aetna Casualty & Surety Company | One Tower Square - 8MN<br>Hartford, CT 06183 | | | Insurance | N | X | X | X | |
| 3.236 | Trendly, James | 148 High Street<br>Milton, PA 17847 | | | Litigation | N | X | X | X | |

Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.237 | Trendly, Margaret | 148 High Street<br>Milton, PA 17847 | | | Litigation | N | X | X | X | |
| 3.238 | Trettner Alfred | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.239 | U.S. Attorney's Office - Western District of Louisiana | 300 Fannin Street, Suite 3201<br>Shreveport, LA  71101 | | | For Notice Purposes Only | N | X | X | X | |
| 3.240 | U.S. Attorney's Office – Eastern District of Louisiana | 650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130 | | | For Notice Purposes Only | N | X | X | X | |
| 3.241 | U.S. Attorney's Office – Middle District of Louisiana | Russell B. Long Federal Courthouse<br>777 Florida Street, Suite 208<br>Baton Rouge, LA 70801 | | | For Notice Purposes Only | N | X | X | X | |
| 3.242 | U.S. Attorney's Office for District of New Jersey | 970 Broad Street, 7th Floor<br>Newark, NJ 07102 | | | For Notice Purposes Only | N | X | X | X | |
| 3.243 | U.S. Attorney's Office for the Western District of Texas | 2500 N. Highway 118, Suite 200<br>Alpine Texas, 79830 | | | For Notice Purposes Only | N | X | X | X | |
| 3.244 | U.S. Attorney's Office Southern District of Texas | 1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | | | For Notice Purposes Only | N | X | X | X | |
| 3.245 | United Agent Group Inc. | 3411 Silverside Road<br>Tatnall Building #104<br>Wilmington, DE 19810 | | | For Notice Purposes Only | N | X | X | X | |
| 3.246 | United States Attorney's Office Central District of California | Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, California 90012 | | | For Notice Purposes Only | N | X | X | X | |
| 3.247 | United States Attorney's Office Eastern District of California | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 | | | For Notice Purposes Only | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.248 | United States Attorney's Office Eastern District of Missouri | Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, MO 63102 | | | For Notice Purposes Only | N | X | X | X | |
| 3.249 | United States Attorney's Office Northern District of California | 450 Golden Gate Avenue San Francisco, CA 94102 | | | For Notice Purposes Only | N | X | X | X | |
| 3.250 | United States Attorney's Office Southern District of New York | Attn: Tax and Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007 | | | For Notice Purposes Only | N | X | X | X | |
| 3.251 | United States Attorney's Office Western District of Missouri | Charles Evans Whittaker Courthouse Room 5510 400 East 9th Street | | | For Notice Purposes Only | N | X | X | X | |
| 3.252 | United States Attorney's Office for the Eastern District of Texas | 350 Magnolia Ave., Suite 150 Beaumont, Texas 77701 | | | For Notice Purposes Only | N | X | X | X | |
| 3.253 | United States Attorney's Office for the Northern District of Texas | 1100 Commerce Street, Third Floor Dallas, Texas 75242-1699 | | | For Notice Purposes Only | N | X | X | X | |
| 3.254 | United States Trustee's Office, Region 2 | 201 Varick Street, Room 1006 New York, NY 10014 | | | For Notice Purposes Only | N | X | X | X | |
| 3.255 | Watts, Robert | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.256 | Wecker, Irwin | 2365 SW 17th Circle Delray Beach, FL 33445 | | | Former Morse Diesel Director/Officer | N | X | X | X | |
| 3.257 | Weitz & Luxenberg, P.C. | 700 Broadway New York, NY 10003 | | | For Notice Purposes Only | N | X | X | X | |
| 3.258 | Wells, Sr., Roy | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| 3.259 Wilentz, Goldman & Spitzer, P.A. | Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | For Notice Purposes Only | N | X | X | X | |
| 3.260 Williams, Ann | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.261 Williams, Charles | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.262 Williams, Maria | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.263 Williams, William | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.264 Willis, William | c/o Baron and Budd, PC 3102 Oak Lane Avenue, Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.265 Wilson, William R | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B New York, NY 10005 | | | Litigation | N | X | X | X | |
| 3.266 Wolf, Cheryle | c/o Wilentz, Goldman & Spitzer, P.A. Attn: Kevin M. Berry, Esq. 14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.267 Wood Canada Ltd | 700-2020 Winston Park Drive   Oakville, ON L6H 7X7 | | | Intercompany Loan | N | X | X | X | |
| 3.268 Wood Group USA, Inc | 17325 Park Row Place Houston, TX 77084 | 11/19/2020 1/4/2021; 2/3/2021 | | Intercompany Loan | N | | | | $236,511.21 |

**Schedule E/F: Part 2**
**Creditors Who Have NONPRIORITY Unsecured Claims**

| | Nonpriority Creditor's Name | Address | Date Incurred | Account number (last 4 digits) | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.269 | Young, Lloyd | c/o Baron and Budd, PC<br>3102 Oak Lane Avenue,<br>Dallas, TX 75219 | | | Litigation | N | X | X | X | |
| 3.270 | Zahra, Joseph | c/o Wilentz, Goldman & Spitzer, P.A.<br>Attn: Kevin M. Berry, Esq.<br>14 Wall Street, Suite 6B | | | Litigation | N | X | X | X | |
| 3.271 | Zic, Marilyn | 39 Mabaline Road<br>Old Bridge, NJ 08857 | | | Litigation | N | X | X | X | |
| 3.272 | Zic, Velimir | 39 Mabaline Road<br>Old Bridge, NJ 08857 | | | Litigation | N | X | X | X | |
| 3.273 | Zurich North America | 1299 Zurich Way<br>Schaumburg, IL 60196-1056 | | | Insurance | N | X | X | X | |
| 3.274 | Zurich North America | 500 Enterprise Drive, Suite 303<br>Rocky Hill, CT 06067 | | | Insurance | N | X | X | X | |

Total $ 67,535,012.89

Schedule G12
Executory Contracts and Unexpired Leases

| | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Address | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|
| 2.1 | ACE Bermuda Insurance Ltd.(n/k/a Chubb Bermuda Insurance Ltd) | Ace Building 17 Woodbourne Avenue Hamilton HM 08 Bermuda | Insurance Policy | | |
| 2.2 | ACE Bermuda Insurance Ltd.(n/k/a Chubb Bermuda Insurance Ltd) | Ace Building 17 Woodbourne Avenue Hamilton HM 08 Bermuda | Insurance Policy | | |
| 2.3 | ACE INA Insurance Company | 25 York Street, Suite 1400 Toronto, Ontario M5J 2V5 Canada | Insurance Policy | | XCP397383 |
| 2.4 | Allied World Assurance Company | 199 Water Street New York, New York 10038-3526 | Insurance Policy | | C000756 |
| 2.5 | AMEC Holdings, Inc. | c/o 2020 Winston Park Drive, Suite 700 Oakville, Ontario Canada L6H 6X7 | Credit Facility Letter dated May 10, 2007 | Automatic Renewal | |
| 2.6 | AMEC Holdings, Inc. | c/o 2020 Winston Park Drive, Suite 700 Oakville, Ontario Canada L6H 6X7 | Credit Facility Letter dated February 27, 2012 | Automatic Renewal | |
| 2.7 | AMEC Holdings, Inc. | c/o 2020 Winston Park Drive, Suite 700 Oakville, Ontario Canada L6H 6X7 | Credit Facility Letter dated February 27, 2012 | Automatic Renewal | |
| 2.8 | AMEC Holdings, Inc. | 1979 Lakesdie Parkway, Suite 500 Tucker, Georgia 30084 | Credit Facility Letter dated May 10, 2007 | Automatic Renewal | |
| 2.9 | Arch Reinsurance Ltd. | 445 South Street, Suite 1988 Morristown, New Jersey 07962-1988 | Insurance Policy | | |
| 2.10 | Commonwealth Insurance Company | 500 North 24th Street Phoenix, AZ 85008 | Insurance Policy | | CRX59191 |

Schedule G
Executory Contracts and Unexpired Leases

| Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Address | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|
| 2.11 Fireman's Fund Insurance Company | San Francisco Reinsurance Company Allianz Resolution Management 1465 North McDowell Blvd., Suite 100 Petaluma, CA 94954 Attn: Mr. Andrew Fantasia | Mutual Settlement and Relase Agreement and Cost Share Agreement for Certain Asbestos Suits Against AMEC Construction Management, Inc. | | |
| 2.12 Gerling Global Insurance Company | 150 6 AVE SW, SUITE 3640 CALGARY, AB T2P 3Y7 Canada | Insurance Policy | | 9070738 |
| 2.13 Iron Mountain Canada Operations ULC d/b/a Iron Mount Canada | 1101 Entreprise Dr. Royersford, PA 19468 | Transfer Records Agreement dated September 30, 2016 | | |
| 2.14 Starr Excess Liability Insurance Company | 70 Pine Street New York, NY 10270 | Insurance Policy | | 6340226 |
| 2.15 Starr Excess Liability Insurance Company | 70 Pine Street New York, NY 10270 | Insurance Policy | | 6340497 |
| 2.16 The Travelers Casualty and Surety Company fka The Aetna Casualty & Surety Company | Credit Risk Management One Tower Square - 8MN Hartford, CT 06183 | Insurance Policy | | 25 ACM 5007523 SUA |
| 2.17 Travelers fka The Aetna Casualty & Surety Company | Credit Risk Management One Tower Square - 8MN Hartford, CT 06183 | Insurance Policy | | 25 ACM 5008122 SUA |
| 2.18 Travelers Property Casualty | Credit Risk Management One Tower Square - 8MN Hartford, CT 06183 | Insurance Policy | | RTC2J-GLSA-260T8583-TIL-97 |
| 2.19 Travelers Property Casualty | Credit Risk Management One Tower Square - 8MN Hartford, CT 06183 | Insurance Policy | | RTC2J-GLSA-260T8583-TIL-98 |
| 2.20 Travelers Property Casualty | Credit Risk Management One Tower Square - 8MN Hartford, CT 06183 | Insurance Policy | | RTC2J-GLSA-260T8583-TIL-99 |

Schedule G
Executory Contracts and Unexpired Leases

| | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Address | State what the contract or lease is for and the nature of the debtor' s interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|
| 2.21 | Travelers Property Casualty | Credit Risk Management<br>One Tower Square - 8MN<br>Hartford, CT 06183 | Insurance Policy | | RTC2J-GLSA-260T8583-TIL-00 |
| 2.22 | Zurich Insurance Company | 500 Enterprise Drive, Suite 303<br>Rocky Hill, CT 06067 | Insurance Policy | | 8829808 |
| | | | | | |
| | | | | | |

**Fill in this information to identify the case:**

Debtor name  AMEC Construction Management, Inc.

United States Bankruptcy Court for the: Southern _____ District of New York
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____ to _____ MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____ to _____ MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____ MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____ MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | AMEC Construction Management, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attachment | _____ | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State          ZIP Code | _____ | | ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attachment | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | _____ | | _____ |
| | | _____ | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | _____ | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                    Case number *(if known)* _____
_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attachment | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                              Case number *(if known)* _____
             Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City    State    ZIP Code | **Case number** | Street |
| | | City    State    ZIP Code |
| | **Date of order or assignment** | |

---

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ _____ |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __AMEC Construction Management, Inc._____     Case number (*if known*) _____
       Name

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Alston & Bird LLP | | 3/26/21 | $ 30,838 |
| | **Address** | | | |
| | 90 Park Avenue | | | |
| | Street | | | |
| | New York      NY      10016 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | william.hao@alston.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Amec Foster Wheeler Group Limited | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.
_____    Case number (*if known*) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means-made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State    ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State    ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **6**
LEGAL02/40387186v2


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                                    Case number (if known) _____
         Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

– diagnosing or treating injury, deformity, or disease, or
– providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City      State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name _____ | _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City      State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?

       ☐ No
       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.
       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ - _____ |

       Has the plan been terminated?

       ☐ No
       ☐ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.                              Case number (*if known*) _____
              Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City State ZIP Code | XXXX– _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |
| 18.2. | Name _____ Street _____ City State ZIP Code | XXXX– _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Iron Mountain<br>Name<br>P.O. Box 27128<br>New York   NY   10087-7128<br>City   State   ZIP Code | Alison Taylor, Colleen Steers Steers; Jo Dee Turner; Laura Cox; and Norma Dickie<br>Address<br>2020 Winston Park Drive, Suite 700<br>Oakville, ON L6H-6X7 | Documents | ☐ No ☒ Yes |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.    Case number *(if known)* _____
_____
        Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | | |
| City        State        ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☒ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| See Attachment | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | _____ | | |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | _____ |
| City        State        ZIP Code | City        State        ZIP Code | | |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.
_____    Case number *(if known)* _____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | MDIC Inc.<br>Name<br><br>2020 Winston Park Drive<br>Street<br>Suite 700<br>Oakville, ON L6H 6X7 Canada<br>City          State     ZIP Code | Intellectual Property Owners<br>_____ | EIN: 94 - 3339026<br>Dates business existed<br><br>From 1999    To 11/24/2020 |
| 25.2. | Name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____ | EIN: ____ - _____<br>Dates business existed<br><br>From _____    To _____ |
| 25.3. | Name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____ | EIN: ____ - _____<br>Dates business existed<br><br>From _____    To _____ |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.
      Name

Case number (*if known*) _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Ronni Brenner <br> Name <br> 7 King Place <br> Street <br><br> Closter    New Jersey    07624 <br> City   State   ZIP Code | From <u>1/1990</u>  To <u>12/2020</u> |
| **26a.2.** Wood Group USA Inc. <br> Name <br><br> Street <br> 17325 Park Row Place <br> Houston    TX    77084 <br> City   State   ZIP Code | From <u>2017</u>  To <u>Present</u> |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** KPMG <br> Name <br> 345 Park Avenue <br> Street <br><br> New York    NY    10154 <br> City   State   ZIP Code | From <u>1/2018</u>  To <u>Present</u> |
| **26b.2.** <br> Name <br><br> Street <br><br> City   State   ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Wood Group USA Inc. <br> Name <br><br> Street <br> 17325 Park Row Place <br> Houston    TX    77084 <br> City   State   ZIP Code | _____ <br><br> _____ <br><br> _____ |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc.
_____
Name

Case number (*if known*) _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City        State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City        State        ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City        State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City        State        ZIP Code |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **12**
LEGAL02/40387186v2


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AMEC Construction Management, Inc. _____    Case number *(if known)* _____
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Leonard | 2020 Winston Park Drive Ontario, Canada, L6H-6X7 | Director & President | N/A |
| AMEC Holdings, Inc. | 2020 Winstron Park Drive Ontario, Canada, L6H 687 | Shareholder | 100% |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ronni Brenner | 7 King Place Closter, New Jersey 07624 | Secretary | From 12/2008 To 2/2021 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | | | |
| Street _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | _____ | |
| **Relationship to debtor** | | _____ | |



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   AMEC Construction Management, Inc.
_____
             Name

Case number (if known) _____

| | |
|---|---|
| **Name and address of recipient** | |
| 30.2 | |
| Name | |
| Street | |
| City                State        ZIP Code | |
| **Relationship to debtor** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| JWGUSA Holdings, Inc | EIN: 76 – 0463845 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ – _____ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/16/2021
             MM / DD / YYYY

✗ /s/ Davod Leonard
_____
Signature of individual signing on behalf of the debtor

Printed name David Leonard

Position or relationship to debtor   Director & President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com

Certain Payments or Transfers to Creditors within 90 Days Before Filing this Case

| Creditor's Name | Address | Dates | Amount or Value | Total | Transfer | If Other |
|---|---|---|---|---|---|---|
| Alston & Bird LLP | 90 Park Avenue<br>New York, NY 10006 | 1/5/2021 | $ 2,500.00 | $ 7,500.00 | Other | Legal Services |
| | | 2/10/2017 | $ 2,500.00 | | | |
| | | 2/17/2021 | $ 2,500.00 | | | |
| Bank of America | 100 West 33rd Street<br>New York, NY 1001 | 2/16/2021 | $ 123.13 | $ 369.37 | Other | Bank Fees |
| | | 3/15/2021 | $ 124.08 | | | |
| | | 4/15/2021 | $ 122.16 | | | |
| Deutsch Kerrigan LLP | 755 Magazine Street<br>New Orleans, LA  70130 | 3/2/2021 | $ 288.00 | $ 288.00 | Other | Legal Services |
| Edward Collins | 104 Brooksby Village Drive, AP 510<br>Peabody, MA 01960 | 2/3/2021 | $ 1,208.91 | 1208.91 | Other | Former Morse Diesel<br>Director/Officer Benefits |
| Husch Blackwell | 190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105 | 2/26/2021 | $ 13,933.28 | $ 13,933.28 | Other | Legal Services |
| Iron Mountain | PO Box 27128<br>New York, NY 10087 | 2/3/2021 | $ 1,521.01 | $ 3,071.87 | Vendor | |
| | | 2/21/2021 | $ 1,550.86 | | | |
| Irwin Wecker | 2365 SW 17th Circle<br>Delray Beach, FL  33445 | 2/3/2021 | $ 2,392.80 | $ 2,392.80 | Other | Former Morse Diesel<br>Director/Officer Benefits |
| Mound Cotton Wollan | One New York Plaza, 44th Floor<br>New York, NY 10004 | 2/17/2021 | $ 756.00 | $ 756.00 | Other | Legal Services |
| Murtha Cullina LLP | 445 Hamilton Avenue<br>White Plains, NY 10601 | 2/17/2021 | $ 567.00 | $ 567.00 | Other | Legal Services |
| Thomas Peters | 8615 SW 82nd Terr<br>Osala, FL 34481 | 2/3/2021 | $ 1,973.97 | $ 1,973.97 | Other | Former Morse Diesel<br>Director/Officer Benefits |
| Travelers Insurance | 91287 Collections Center Drive<br>Chicago, IL 60693 | 2/3/2021 | $ 696.00 | $ 1,392.00 | Vendor | Insurance |
| | | 2/17/2021 | $ 696.00 | | | |

**Attachment to SOFA Part 2 Question 4**

**Payments or other transfers of property made withn 1 year before filing this case benefited any insider**

| Insider's Name | Address | Dates | Total Amount or Value | Reasons for payment or transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| AMEC FW Ventures | 700-2020 Winston Park Drive | 7/24/2020 | $10,207.83 | Intercompany Loan | Affiliate |
| | Oakville, Ontario L6H 7X7 | 12/17/2020 | $11,847.33 | | |
| | | **Total** | **$22,055.16** | | |
| Wood Group USA, Inc. | 17325 Park Row Place | 2/13/2020 | $4,344.38 | Intercompany Loan | Affiliate |
| | Houston, TX 77084 | 4/9/2020 | $2,196.72 | | |
| | | 5/14/2020 | $26,360.64 | | |
| | | 6/18/2020 | $8,786,88 | | |
| | | 7/24/2020 | $24,807.30 | | |
| | | 8/20/2020 | $14,636.88 | | |
| | | 9/24/2020 | $15,735.00 | | |
| | | 10/22/2020 | $13,758.48 | | |
| | | 10/22/2020 | $21,585.60 | | |
| | | 11/19/2020 | $7,908.48 | | |
| | | 12/17/2020 | $13,758.48 | | |
| | | **Total** | **$153,878.84** | | |

Attachment to SOFA Part 3 Question 7
List of Legal Actions

| Case Number | Filing Date | Court | Case Name | Status |
|---|---|---|---|---|
| 1622-CC11326 | 11/16/2016 | St. Louis City Circuit Court | Diane England v. 84 Lumber Company | OPEN |
| 1:20cv4710 | 6/19/2020 | USDC Southern District of New York | Brian Kevan v. A. Russo Wrecking Inc. | OPEN |
| 20-L-000490 | 4/3/2020 | Madison County Circuit Court | Ronald R. Caruso v. AEW Capital Management LP | OPEN |
| 190425/2018 | 11/1/2018 | New York County Supreme Court | NANCY ORTIZ et al - v. - AIR & LIQUID SYSTEMS CORPORATION, et al | OPEN |
| 18-190040 | 2/16/2018 | New York County Supreme Court | THOMAS CANTONE et al - v. - AMEC CONSTRUCTION MANAGEMENT, INC. et al | OPEN |
| 16-190288 | 9/21/2016 | New York County Supreme Court | JAMES H. TRAENDLY et al - v. - AMEC CONSTRUCTION MANAGEMENT, INC., et al | OPEN |
| 12-159201 | 12/26/2012 | New York County Supreme Court | VELIMIR ZIC et al - v. - THE CITY OF NEW YORK et al | OPEN |
| 16-190263 | 8/26/2016 | New York County Supreme Court | LOUISE LEPORE - v. - 3M COMPANY, et al | CLOSED 7/23/2020 |
| 190270/2012 | 6/15/2012 | New York County Supreme Court | Piero & Angela Crescenzi v. Morse Diesel, Inc. et al. | OPEN |
| N/A | N/A | Florida Statues | Notice of Claim by CWI-GG RCFL Property Owner and Ritz-Carlton Hotel in Fort Lauderdale | OPEN |
| 447,173 Division 23 | 7/30/2003 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Kenny Daniel Boone v. Anco Insulation, Inc. et al | OPEN |
| 488,295 Division 23 | 10/2/2001 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Harold Wayne Brashier v. Metropolitan Life Insurance Company, et al | OPEN |
| 506920, Division 27 | 4/24/2003 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Christopher Troy Granier v. Georgia Pacific Corporation, et al | OPEN |
| 450,188, Section 23 | 5/27/1998 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana. | Billy Ray Rogers v. Owens Corning Corp a/k/a Owens Corning Fiberglas Corporation, et al | OPEN |
| No. 00001027178, Division D | 11/17/1995 | 18th JDC for the Parish of West Baton Rouge, State of Louisiana | Earnest Hart v. Metropolitan Life Insurance Company, et al | OPEN |
| 50842, Division 27 | 7/17/2003 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Sylvester Harry v. Anco Insulation Inc | OPEN |
| 511,492 Division X | 9/8/2003 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Myer Jerome Martin v. Georgia Pacific Corporation, et al. | OPEN |
| 6500,669, Section 23 | 10/18/2002 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Charles R. Brister, Jr. et al v. Anco Insulations, Inc., et al | OPEN |
| 510,788, Section 9 | 8/17/2003 | 19th JDC for the Parish of East Baton Rouge, State of Louisiana | Charles Thibodeaux, et al v. Anco Insulations, Inc., et al | OPEN |
| 50,703, Division A | 5/23/1996 | 18th JDC for the Parish of West Baton Rouge, State of Louisiana | Quincy Adams, et al v. Owens-Corning Fiberglass Corporation, et al. | OPEN |
| 114342/05 | 10/12/2005 | New York County Supreme Court | Williams v. General Electric Co., et al. | OPEN |
| 114345/05 | 10/12/2005 | New York County Supreme Court | Cavaretta v. General Electric Co., et al. | OPEN |
| 114766/05 | 10/21/2005 | New York County Supreme Court | Formoso v. General Electric Co., et al. | OPEN |
| 114765/05 | 10/21/2005 | New York County Supreme Court | Fuller v. General Electric Co., et al. | OPEN |
| 114341/05 | 10/12/2005 | New York County Supreme Court | Melita v. General Electric Co., et al. | OPEN |
| 115661/05 | 11/10/2005 | New York County Supreme Court | Gerrity v. General Electric Co., et al. | OPEN |
| 114343/05 | 10/12/2005 | New York County Supreme Court | Cinquemani v. General Electric Co., et al. | OPEN |
| 115660/05 | 11/10/2005 | New York County Supreme Court | Loughlin v. General Electric Co., et al. | OPEN |
| 115663/05 | 11/10/2005 | New York County Supreme Court | Collins v. General Electric Co., et al. | OPEN |
| 115662/05 | 11/10/2005 | New York County Supreme Court | Fichtenbaum v. General Electric Co., et al. | OPEN |
| 115659/05 | 11/10/2005 | New York County Supreme Court | Muzzio v. General Electric Co., et al. | OPEN |

Attachment to SOFA Part 3 Question 7
List of Legal Actions

| Case Number | Filing Date | Court | Case Name | Status |
|---|---|---|---|---|
| 115658/05 | 11/10/2005 | New York County Supreme Court | Nicholich v. General Electric Co., et al. | OPEN |
| 117569/05 | 12/19/2005 | New York County Supreme Court | Wilson v. General Electric Co., et al. | OPEN |
| 101789/07 | 2/6/2007 | New York County Supreme Court | Buonocore v. General Electric Co., et al. | OPEN |
| 101711/07 | 2/5/2007 | New York County Supreme Court | Lentini v. General Electric, et al. | OPEN |
| 101712/07 | 2/5/2007 | New York County Supreme Court | Sofia v. General Electric, et al. | OPEN |
| 101714/07 | 2/5/2007 | New York County Supreme Court | Licastro v. General Electric, et al. | OPEN |
| 101912/07 | 2/8/2007 | New York County Supreme Court | Keenan v. General Electric, et al. | OPEN |
| 101788/07 | 2/6/2007 | New York County Supreme Court | Cantone v. General Electric | OPEN |
| 101790/07 | 2/6/2007 | New York County Supreme Court | Hall v. General Electric. Co. | OPEN |
| 101791/07 | 2/6/2007 | New York County Supreme Court | Frederick v. General Electric Co., et al. | OPEN |
| 101911/07 | 2/8/2007 | New York County Supreme Court | Lisicky v. General Electric Co., et al. | OPEN |
| 101987/07 | 2/9/2007 | New York County Supreme Court | Mondella v. General Electric Co., et al. | OPEN |
| 101910/07 | 2/8/2007 | New York County Supreme Court | Halouvas v. General Electric Co. et al. | OPEN |
| 103071/07 | 3/5/2007 | New York County Supreme Court | Heffernan v. General Electric Co., et al. | OPEN |
| 104992/07 | 4/12/2007 | New York County Supreme Court | King v. General Electric Co., et al. | OPEN |
| 104991/07 | 4/12/2007 | New York County Supreme Court | Maak v. General Electric Co., et al. | OPEN |
| 116982/04 | 12/4/2004 | New York County Supreme Court | McCullough v. General Electric Co. | OPEN |
| 114344/05 | 10/12/2008 | New York County Supreme Court | Sokolowski v. General Electric Co. | OPEN |
| 101791/06 | 2/7/2006 | New York County Supreme Court | Kearins v. General Electric Co. | OPEN |
| 116980/04 | 12/2/2004 | New York County Supreme Court | Rosalie v. General Electric Co. | OPEN |
| 102463/06 | 2/21/2006 | New York County Supreme Court | Greco v. General Electric Co. | OPEN |
| 102146/06 | 2/14/2006 | New York County Supreme Court | Laino v. General Electric Co. | OPEN |
| 101284/06 | 1/30/2006 | New York County Supreme Court | Grey v. General Electric Co. | OPEN |
| 101793/06 | 2/7/2006 | New York County Supreme Court | Gandolfo v. General Electric Co. | OPEN |
| 101792/06 | 2/7/2006 | New York County Supreme Court | Romanow v. General Electric Co. | OPEN |
| 101018/06 | 1/24/2006 | New York County Supreme Court | Aggimenti v. General Electric Co. | OPEN |
| 101016/06 | 1/24/2006 | New York County Supreme Court | Motto v. General Electric Co. | OPEN |
| 102464/06 | 2/21/2006 | New York County Supreme Court | Porcelli v. General Electric Co. | OPEN |
| 103810/06 | 3/20/2006 | New York County Supreme Court | Roman v. General Electric Co. | OPEN |
| 103811/06 | 3/20/2006 | New York County Supreme Court | Dunkel v. General Electric Co. | OPEN |
| 105719/06 | 4/26/2006 | New York County Supreme Court | Lebrocq v. AW Chesterton Co. | OPEN |
| 108447/06 | 6/16/2006 | New York County Supreme Court | King , Michael v. General Electric Co. | OPEN |
| 109757/06 | 7/13/2006 | New York County Supreme Court | Palladino v. General Electric Co. | OPEN |
| 109758/06 | 7/13/2006 | New York County Supreme Court | Musarella v. General Electric Co. | OPEN |
| 116980-04 | 12/2/2004 | New York County Supreme Court | Frizziola v. General Electric Co. | OPEN |
| 101017/06 | 1/24/2006 | New York County Supreme Court | Costigliola v. General Electric Co. | OPEN |
| 109759/06 | 7/13/2006 | New York County Supreme Court | Morris v. General Electric Co. | OPEN |
| 109760/06 | 7/13/2006 | New York County Supreme Court | Baeyens v. General Electric Co. | OPEN |
| 115180/2007 | 11/13/2007 | New York County Supreme Court | Sanders v. General Electric Co. | OPEN |
| 114891/07 | 11/7/2007 | New York County Supreme Court | McGoldrick v. General Electric Co., Inc. | OPEN |
| 100406/2008 | 1/11/2008 | New York County Supreme Court | Rourke v. AO Smith, Inc. et al. | OPEN |
| 102356/08 | 2/11/2008 | New York County Supreme Court | Beatini v. General Electric Co. | OPEN |
| 106438/08 | 5/8/2008 | New York County Supreme Court | Madden v. General Electric Co., et al. | OPEN |
| 110626/08 | 9/16/2002 | New York County Supreme Court | Giammarino v. General Electric Co. | OPEN |
| 110792/08 | 8/7/2008 | New York County Supreme Court | Magarine v. General Electric Co. | OPEN |
| 190037/08 | 10/17/2008 | New York County Supreme Court | Trettner v. General Electric Co. | OPEN |
| 190019/2008 | 9/25/2008 | New York County Supreme Court | Duran v. A.O. Smith Water Prods. Inc. | OPEN |
| 190036/08 | 10/17/2008 | New York County Supreme Court | Williams A. v. AMEC Construction Management, Inc. | OPEN |

Attachment to SOFA Part 3 Question 7
List of Legal Actions

| Case Number | Filing Date | Court | Case Name | Status |
|---|---|---|---|---|
| 190122/08 | 12/23/2008 | New York County Supreme Court | Porcaro v. General Electric Co. | OPEN |
| 190003/09 | 1/9/2009 | New York County Supreme Court | Hartford v. General Electric Co. | OPEN |
| 190081/2009 | 3/19/2009 | New York County Supreme Court | Bronk v. General Electric Co., et al. | OPEN |
| 190200/09 | 6/4/2009 | New York County Supreme Court | Kelly v. General Electric Co. | OPEN |
| 190201/09 | 6/4/2009 | New York County Supreme Court | Ogden v. General Electric Co. | OPEN |
| 190418/09 | 12/14/2009 | New York County Supreme Court | Foley v. General Electric Co., et al. | OPEN |
| 190074/10 | 4/21/2010 | New York County Supreme Court | Ceci v. 3M Company | OPEN |
| 190345 /10 | 1/1/2010 | New York County Supreme Court | Ciaccia v. AW Chesterton Co., Inc. | OPEN |
| 190447/10 | 8/16/2011 | New York County Supreme Court | Edwards v. AMEC Construction Managment Inc., et al | OPEN |
| 190263/11 | 4/21/2011 | New York County Supreme Court | Howren v A.O. Smith Water Prods., Inc. | OPEN |
| 190015/12 | 1/18/2012 | New York County Supreme Court | Zahra v. AW Chesterton Co., Inc. | OPEN |
| 190025/2012 | 1/1/2012 | New York County Supreme Court | Alfano v. A.O. Smith Water Prods. | OPEN |
| 190113/12 | 3/12/2012 | New York County Supreme Court | Wolf, Indiv. and as Execut. of Estate of Edwin Wolf | OPEN |
| 190048/12 | 4/27/2012 | New York County Supreme Court | Carley v. A.O.Smith Corp. | OPEN |
| 190105/2015 | 4/3/2015 | New York County Supreme Court | Santino v. ACMI | OPEN |
| 190146/2015 | 4/24/2015 | New York County Supreme Court | Morrison v. A.O. Smith Corp. | OPEN |
| 190040/2018 | 2/16/2018 | New York County Supreme Court | Cantone v. Amec Construction Matter, Inc. | OPEN |
| 190105/2020 | 4/27/2020 | New York County Supreme Court | Backer v. Morse Diesel Internationl | OPEN |
| 190091/2020 | 4/15/2020 | New York County Supreme Court | Abramow v. Amec Construction | OPEN |

**Attachment to SOFA Part 12 Question 22**
**Environmental Information**

| Case Title | Case No. | Filing Date | Court Name and Address | Status of Case (e.g. Pending, On Appeal, Concluded) |
|---|---|---|---|---|
| Crezcenzi v. Morse Diesel, Inc. | 190270/2012 | 6/15/2012 | New York County Supreme Court | Pending |
| Polytechnic Insitute of New York University v. AMEC Construction Management, Inc. | 503769/2013 | 7/5/2013 | New York County Supreme Court | Concluded |

8026847v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )   CHAPTER 7 |
| | ) |
| AMEC Construction Management, Inc. | ) |
| | )   CASE NO. 21- |
| Debtor. | ) |
| | ) |
| | ) |

<u>**VERIFICATION OF CREDITOR MATRIX**</u>

The above-named debtor verifies that the attached matrix listing creditors is true to the best of my knowledge.

Date: April 16, 2021      Signature    <u>/s/ David Leonard</u>
                                               David Leonard
                                               Director & President

Abramow, Douglas Ann
c/o Simmons Hanly Conroy
112 Madison Ave, 7th Floor
New York, New York 10016

Abramow, Louis
c/o Simmons Hanly Conroy
112 Madison Ave, 7th Floor
New York, New York 10016

ACE Bermuda Insurance Ltd. (n/k/a Chubb Bermuda Insurance Ltd)
Ace Building 17
Woodbourne Avenue
Hamilton HM 08
Bermuda

ACE INA Insurance Company
25 York Street,
Suite 1400
Toronto, Ontario M5J 2V5 Canada

Adams, Gerald
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Adams, Quincy
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Aggimenti, Modesto
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Akerman, LLP
201 East Las Olas, Suite 1800
Fort Lauderdale, FL 33301-2999

Alfano, Michele
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036
Attn: Seth Dymond

Allied Word Assurance Company
199 Water Street
New York, New York 10038-3526

Alston & Bird LLP
90 Park Avenue
New York, NY 10016

AMEC FW E&C INC
1979 Lakeside Pkwy Ste 500
Tucker GA 30084

AMEC FW E&C SERVICES
1979 Lakeside Pkwy Ste 500
Tucker GA 30084

AMEC FW VENTURES
2020 Winston Park Drive
Suite200
Oakville, Ontario L6H 7X7

AMEC Holdings, Inc.
2020 Winston Park Drive
Suite200
Oakville, Ontario L6H 7X7

AMEC Holdings, Inc.
1979 Lakeside Pkwy Ste 500
Tucker GA 30084

Arch Reinsurance Ltd.
445 South Street, Suite 1988
Morristown, New Jersey 07962-1988

Babieciacki, Stanley
c/o Grey & Grey LLP
360 Main Street
Farmingdale, NY 11735

Babin, Donald
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Backer, Leonard

c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036
Attn: Seth Dymond

Baeyens, Paul
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Beatini, Michael
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Belluck & Fox LLP
Joseph Belluck, Bryan Belasky
Seth Dymond
546 5th Ave, 5th Floor
New York, NY 10036

Bond, Charles
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Boone, Kenny Daniel
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Bouquet, Carroll
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Bourgeois, Andre
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Brashier, Harold Wayne
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Breaux, Claude
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Bridgewater, Leroy
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Brighthouse Life Insurance
P.O. Box 40005
Lynchburg, VA 24506

Brister, Jr., Charles R.
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Bronk, Alfred
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Bugliaro, Robert
145-34 33rd Ave.,
Apt 1st Floor,
Flushing NY  11354

Buonocore, Raymond
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Butler, Gus
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Cantone, Ann
7891 Spring Creek Drive,
West Palm Beach, FL 33411

Cantone, Thomas
7891 Spring Creek Drive,
West Palm Beach, FL 33411

Cantone, Thomas
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Carley, George
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Carroll, Thomas
3207 Poplar St.,
Yorktown Heights NY  10598-2621

Caruso, Phyliss
c/o Maune, Raichle, Hartley, French & Mudd, LLC
1015 Locust St. # 1200
St. Louis, MO 63101
Attn: Jon R. Neumann

Caruso, Ronald R.
c/o Maune, Raichle, Hartley, French & Mudd, LLC
1015 Locust St. # 1200
St. Louis, MO 63101
Attn: Jon R. Neumann

Cavarretta, Richard
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Ceci, Jean V
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor

New York, NY 10036

Ceci, John A
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Choate, Glasston
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Ciaccia, Domenico
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Ciaccia, Rose
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Cinquemani Lillian
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Cinquemani, Joseph
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Collins, Christopher
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Collins, Edward
104 Brooksby Village Drive, AP 510
Peabody, MA 01960

Commonwealth Insurance Company
500 North 24th Street
Phoenix, AZ 85008

Computershare Governance
Dept CH 19228
Palatine, IL 60055-9228

Conwell, Charles
15 May Pl
Nanuet, NY 10954

Costigliola, Luiga
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Crescenzi, Angela
32 Nassau Dr.
New Hyde Park, NY 11040

Crescenzi, Piero
32 Nassau Dr.
New Hyde Park, NY 11040

Croscatt, Joseph
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197-4349

Cunningham, Roland
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

CWI-RCFL Property Owner, LLC
c/o Akerman LLP
201 East Las Olas, Suite 1800
Fort Lauderdale, FL 33301-2999

Degan, Blanchard & Nash

400 Poydras St. Suite 2600
New Orleans, LA 70130

Degueyter, Lloyd
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Deutsch Kerrigan LLP
755 Magazine Street
New Orleans, LA 70130

Dimicelli, Paolo
c/o Zurich North America
500 Enterprise Drive, Suite 303
Rocky Hill, CT 06067

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
Attn: Christopher Karagheuzoff
        Stephen J. Di Cioccio

Dunkel, George A
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Duplantis, Paul
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Duran, Diana
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Edwards, Rudolph II
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

England, Diane

SWMW
Attn: Ben Schmickle
701 Market Street, Suite 1000
St. Louis, MO 63101

England, Mike
SWMW
Attn: Ben Schmickle
701 Market Street, Suite 1000
St. Louis, MO 63101

Estate of Arthur Morris
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Estate of Joan Foley
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Estate of Pietro Ciaccia
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Estate of Robert Mondella
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Estate of Salvatore Cinquemani
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Estate of Vincent Wilson
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

FEDEX
P.O. Box 371461
Pittsburg, PA 15250

Fichtenbaum, Abraham
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Fireman's Fund Insurance Company
Mr. Andrew Fantasia
San Francisco Reinsurance Company, Allianz Resolution Management
1465 North McDowell Blvd., Suite 100
Petaluma, CA 94954

Fleniken, Wiburn
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Florida Department of Revenue
5050 W Tennessee St.
Tallahassee, FL  32399-0135

Foley, Daniel
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Formoso, Marcos
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Foster Wheeler Ventures
1979 Lakeside Parkway, Suite 400
Tucker, GA, 30084

Foster, Walter
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Frederick, Walter
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Frizziola, Anthony
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Frizziola, Rosalie
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Fuller, Edward
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Gandolfo, Salvatore
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Genworth Life Insurance
P.O. Box 630905
Cincinnati, OH 45263-0905

Gerling Global Insurance Company
150 6 AVE SW, SUITE 3640
CALGARY, AB T2P 3Y7
Canada

Gerrity, John
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Gert, Koerner
220 Yorkshire Drive
Newtown, PA 18940

Giammarino, Joseph
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Giammarino, Stella
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Granier, Christopher Troy
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Gray, Thomas
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Greco, John P
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Grey & Grey LLP
360 Main Street
Farmingdale, NY 11735

Grey, Wilbert
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Griffin, Charles
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Hall, Robert
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Hall, Robert H Jr
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Halouvas, Gus
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Harry, Sylvester
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Hart, Earnest
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Hartford, Anthony B
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Hartford, Virginia
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Heffernan, John
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Henderson Legal Services Inc
1560 Wilson Blvd Ste 750
Arlington, VA 22209

Hogan, Charles
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Howren, John
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Hu, Song-Zith
8 Weston Street
Metuchen, NJ 08840

Hutchinson, Lee
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Ingram, Benjamin
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Off-Site Data
P.O. Box 27128
New York, NY 10087-7128

Iron Mountain Records Management
P.O. Box 27128
New York, NY 10087-7128

Iron Mountain
1101 Enterprise Dr.
Royersford, PA 19468

Jenkins, Riseman

c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Kearins, Anthony
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Keenan, Hugh S.
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Kelly, Francis
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Kevan, Brian
3731 Fiddler Lane
Bethpage, NY 11714

King, Michael H
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

King, Catherine
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

King, James B
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Konowitz, Stacey
c/o Wilentz, Goldman & Spitzer, P.A.

Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Labatto, David
36 Gunther Ave.,
Valley Stream NY  11580

Laino, Vincent
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Leblanc, Albert
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Lebrocq, Lawrence
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Lebrocq, Marie
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Lentini, Salvatore
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Leonard, David
85/4 Moo 3 Nong Pha Lai
Bang Lam Ung, Chonburi, THA 20150

Lepore, Louise
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Lepore, Peter
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Lewis, Clifford
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Liberty Mutual Insurance
5062 Brittonfield Pkwy
East Syracuse, NY 13057
Attn: Deborah Nolan

Liberty Mutual Word Trade Centre
157 Berkley Street
Boston, MA  02116

Liberty Mutual Word Trade Centre
175 Berkley Street
Boston, MA  02116

Licastro, Antonio
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Lisicky, Vincent
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Longmire, Royce
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Loughlin, William
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Maak, Charles
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Madden, John J
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Magarine, Dennis
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Magee, Doyle
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Manion Gaynor & Manning LLP
125 Hight Street, 6th Floor
Boston, MA 02110

Martin, Myer Jerome
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Matthews, Wilfred
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Maune, Raichle, Hartley, French & Mudd, LLC
1015 Locust St. # 1200
St. Louis, MO 63101
Attn: Jon R. Neumann

Mayers, Alton
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Mccullough, Donald
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Mccullough, Elizabeth
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Mcgoldrick, John
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

McMulland, Ronnie
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Melita, Vincent
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Milton, Dennis
649 East 133rd St.,
Bronx NY  10454

Missouri Attorney General's Office
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101

Mondella, Theresa
c/o Wilentz, Goldman & Spitzer, P.A.

Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Morrison, George
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Morvant, Guy
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Motto, Joseph
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Fl.
New York, NY 10004

Murphy, Frank
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Murtha Cullina LLP
280 Trumbull Street, 12th Floor
Hartfort, CT 06103

Murtha Cullina LLP
445 Hamilton Avenue
White Plains, NY 10601

Musarella, John
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Muzzio, Donald
c/o Wilentz, Goldman & Spitzer, P.A.

Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Myer, Francis
5 Gulfstream Blvd.
Matawan, NJ 07747

Napoli Shkolnik, PLLC
Attn: Christopher Paul Gladd, Esq.
400 Broadhollow Road, Suite 305
Melville, NY 11747

New Jersey Attorney General
Attn: Gurbir S. Grewal
25 Market Street
PO Box 080
Trenton, NJ 08625

Nicolich, Anton
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Norman, Fornella
1254 Newbury Highland
Bridgeville, PA 15017

Norwood Self Storage
500 Livingston Street
Norwood, NJ 07648

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYS Dept. Taxation & Finance
Bankruptcy-Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYCAL Special Master
620 Eighth Ave., 34th Floor
New York, NY 10018

Attn: Shelley Rossoff Olsen, Esq.

Office of the Attorney General - Louisiana
1885 North Third Street
Baton Rouge, LA 70802

Office of the Attorney General - Texas
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General California
Consumer Protection Section, Attn: Bankruptcy Notices
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Office of the Attorney General New York
The Capitol
Albany, NY 12224-0341

Ogden, Edward
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Ortiz, Nancy, individually and as administratrix of the estate of Emidio P Ponzi, deceased
636 20th Street
Brooklyn, NY 11218

Palladino, Angelo
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Patt, James
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Patton, Ewerin
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Pearson, Thomas
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Peckar & Abramson
70 Grand Avenue
River Edge NJ, 07661

Peters, Thomas
8615 SW 82nd Terr.
Ocala, FL 34481

Picciotti, Michael
58 Schuyler Dr.,
Commack NY  11725

Piser, Donald
4 Woodstock Court
Muttontown, NY 11771

Pizzolato, Anthony
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Polytechnic Instiute of New York University
Six MetroTech Center
Brooklyn, New York 11201

Porcaro, Silvestro
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Porcelli, Ronald
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Powell, James
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Richiusa, Santo
2442 Center Ave
Bellmore , NY  11710

Rideaux, Iron
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Ritz-Carlton Hotel
c/o Akerman LLP
201 East Las Olas, Suite 1800
Fort Lauderdale, FL 33301-2999

Rodrigues, Joseph
104 Pompei Dr.,
Kissimmee FL  34758

Rogers, Billy Ray
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Roman, Joseph Sr.
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Romanow, Martin
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Rourke, Nancy
c/o Belluck & Fox LLP
546 5th Ave, 5th Floor
New York, NY 10036

Rukhsana, Azim
819 West Wrightwood Avenue
Chicago, IL 60614

Salvatore, Damico
c/o Zurich North America
500 Enterprise Drive, Suite 303
Rocky Hill, CT 06067

Sanders, Taryn
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Santino, Anthony
c/o Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747

Santino, Yole
c/o Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747

Schonekas, Evans, McGoey
909 Poydras Street, Suite 1600
New Orleans LA 70112

Secretary Of State – Illinois
501 S 2nd Street
Springfield, IL 62756-5510

Sholes, Frank
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Simmons Hanly Conroy
112 Madison Ave, 7th Floor
New York, New York  10016

Simoneaux, Mervin
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Sofia, Edward
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.

14 Wall Street, Suite 6B
New York, NY 10005

Sokolowski, Joseph
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flager Street, Suite 2200
Miami, FL 33130

Stafford, Douglass
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Stafford, Newton
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Starr Excess Liability Insurance Company
70 Pine Street
New York, NY 10270

Stephen M. Cantor, P.C.
Attn: Stephen M. Cantor
325 Broadway, Suite 502
New York, NY 10007

SWMW
Attn: Ben Schmickle
701 Market Street, Suite 1000
St. Louis, MO 63101

Travelers
91287 Collections Center Drive
Chicago, IL 60693

Travelers
1 Tower Square, CR-9
Hartford, CT 06183

Travelers

PO Box 4614
Buffalo, NY 14240

Travelers
485 Lexington Avenue
New York, NY 10017

The Travelers Casualty and Surety Company fka The Aetna Casualty & Surety Company
One Tower Square - 8MN
Hartford, CT 06183

Thibodeaux, Charles
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Travelers fka The Aetna Casualty & Surety Company
One Tower Square - 8MN
Hartford, CT 06183

Travelers c/o Bank of America
91287 Collections Center Drive
Chicago, IL 60693

Trendly, James
148 High Street
Milton, PA 17847

Trendly, Margaret
148 High Street
Milton, PA 17847

Trettner, Alfred
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

U.S. Attorney's Office - Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, LA  71101

U.S. Attorney's Office – Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

U.S. Attorney's Office – Middle District of Louisiana
Russell B. Long Federal Courthouse
777 Florida Street, Suite 208
Baton Rouge, LA 70801

U.S. Attorney's Office for District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

U.S. Attorney's Office for the Western District of Texas
2500 N. Highway 118, Suite 200
Alpine Texas, 79830

U.S. Attorney's Office Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

United Agent Group Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

United States Attorney's Office Central District of California
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

United States Attorney's Office Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

United States Attorney's Office Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

United States Attorney's Office Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

United States Attorney's Office
Southern District of New York
Attention Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

United States Attorney's Office Western District of Missouri
Charles Evans Whittaker Courthouse
Room 5510
400 East 9th Street
Kansas City, MO 64106

United States Attorney's Office for the Eastern District of Texas
350 Magnolia Ave., Suite 150
Beaumont, Texas 77701

United States Attorney's Office for the Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

United States Trustee's Office
Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Watts, Robert
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Wecker, Irwin
2365 SW 17th Ciircle
Delray Breach, FL 33445

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Wells, Sr., Roy
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY  10005

Williams, Ann
c/o Wilentz, Goldman & Spitzer, P.A.

Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Williams, Charles
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Williams, Maria
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Williams, William
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Willis, William
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Wilson, William R
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Wolf, Cheryle
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Wood Canada Ltd - ARF Centre
700-2020 Winston Park Drive
Oakville, ON  L6H 7X7

Wood Group USA Inc.
17325 Park Row Place
Houston, TX 77084

Wood Group USA, Inc-Group Serv
17325 Park Row Place
Houston, TX 77084

Young, Lloyd
c/o Baron and Budd, PC
3102 Oak Lane Avenue
Dallas, TX 75219

Zahra, Joseph
c/o Wilentz, Goldman & Spitzer, P.A.
Attn: Kevin M. Berry, Esq.
14 Wall Street, Suite 6B
New York, NY 10005

Zic, Marilyn
39 Mabaline Road
Old Bridge, NJ 08857

Zic, Velimir
39 Mabaline Road
Old Bridge, NJ 08857

Zurich North America
1299 Zurich Way
Schaumburg, IL 60196-1056

Zurich North America
500 Enterprise Drive, Suite 303
Rocky Hill, CT 06067

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| AMEC Construction Management, Inc. | ) | |
| | ) | CASE NO. 21- |
| Debtor. | ) | |
| | ) | |
| | ) | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% of more any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| AMEC Holdings, Inc. | 100% |

## RESOLUTION OF THE BOARD OF DIRECTORS OF

## AMEC CONSTRUCTION MANAGEMENT, INC.

### February 22, 2021

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Leonard, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David Leonard, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case.  The acts done and documents signed shall be binding on the company, as and until this authorization is withdrawn by giving of written notice thereof; and

Be It Further Resolved, that David Leonard, President of this corporation is authorized and directed to employ the law firm of Alston & Bird LLP to represent the corporation in such bankruptcy case.

Be it Further Resolved that this resolution may be executed in one or more counterparts, each of which shall be an original and all of which together shall constitute one and the same resolution as of the date first written above.

The undersigned hereby certifies that AMEC Construction Management Inc. is a corporation duly formed pursuant to the laws of Delaware and that the foregoing is a true record of a resolution adopted at a meeting of the Directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on Monday 22nd February 2021 and that said resolution is now in full force and effect without modification or rescission.

_____
DAVID LEONARD – PRESIDENT

_____
RONNI BRENNER – SENIOR VICE PRESIDENT & SECRETARY

LEGAL02/40374814v1

**ALSTON & BIRD LLP**
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Email: William.Hao@alston.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| AMEC Construction Management, Inc. | ) | |
| | ) | CASE NO. 21- |
| Debtor. | ) | |
| | ) | |
| | ) | |

**<u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>**

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that my firm, Alston & Bird LLP ("**Alston**"), is counsel for the above-captioned debtor (the "**Debtor**").

2.      On or about February 22, 2021 the board of directors for the Debtor determined it is in the best interest of the Debtor to file a voluntary Chapter 7 case.

3.      Alston was retained by the Debtor as of January 31, 2021 as bankruptcy counsel. Alston has agreed to accept a flat fee in the amount of $30,838.00 to represent the Debtor.  The source of compensation paid to Alston was from AMEC Foster Wheeler Group Limited.

4.      In return for the above-disclosed fee, Alston has agreed to render the following legal services in connection with the bankruptcy case: (a) analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; (b) preparation and filing of any petition, schedules, statements of affairs which may be required; and (c) representation of the Debtor at the meeting of creditors.

5.     To the extent the Debtor later requests that Alston advise and represent the Debtor with regard to various other bankruptcy or restructuring matters such representation shall require a separate engagement agreement and fee.

6.     Alston has not agreed to share the above-disclosed compensation with any other firm or person.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Alston for representation of the Debtor.

Dated: April 16, 2021
New York, New York

**ALSTON & BIRD LLP**

By:    /s/ William Hao
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
William.Hao@alston.com

*Counsel for the Debtor*